UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                           CIVIL ACTION
CONSOLIDATED LITIGATION
                                                       NO. 05-4182

PERTAINS TO: ST. RITA                                  SECTION "K"(2)
*Kenney*          C.A. No. 06-7355

## ORDER AND REASONS

This case is one among nearly 40 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina which was removed to this Court by the United States when it was made a third-party defendant in this matter. On April 11, 2007, this Court granted a joint motion dismissing the Third-Party Demand against the United States but maintaining the defendants' Third Party Demand against a number of State of Louisiana officials. (Doc. 37270).

The claims in the main action and the third-party action are among and against Louisiana residents.[1] Thus, there is neither diversity jurisdiction over the matter, nor does this Court find any reason to exercise its supplemental jurisdiction over this case. 28 U.S.C. § 1367(c)(3). Accordingly, as there is no jurisdictional grounds for this matter to remain in this Court,

---

[1] A Joint Motion to Dismiss was filed on behalf of third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D. in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General of the State of Louisiana (Doc. 1805) which the Clerk's Office deemed deficient as the cases included therein had not yet all been consolidated under the umbrella. The Court will not rule on this motion for the reasons stated.

**IT IS ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED** the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  15th  day of May, 2007.

```
_____
    STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE
```